AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America )
v. )
Ryan Lewis Lockwood ) Case No. 8:24MJ2450CPT
)
)
)
)
Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 2024 - September 2024__ in the county of __Hillsborough__ in the
__Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Threat in Interstate Commerce |

This criminal complaint is based on these facts:

See affidavit.

☒ Continued on the attached sheet.

_____
Complainant's signature

Xavier Castaneda, Special Agent, FBI
Printed name and title

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: __SEPTEMBER 11, 2024__

_____
Judge's signature

City and state: __TAMPA, FLORIDA__

HON. CHRISTOPHER P. TUITE
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Xavier Castaneda, having been duly sworn, hereby depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1. I submit this affidavit in support of a criminal complaint charging Ryan Lewis Lockwood (**LOCKWOOD**), DOB 02/03/1984, with violations of 18 U.S.C. § 875(c) (transmitting in interstate commerce a threat to injure).

2. I am employed as a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed in this capacity since October 2023. I am currently assigned to the Violent Crimes Task Force in the Tampa Field Office of the Federal Bureau of Investigation, Middle District of Florida. As an FBI Special Agent, I have received extensive training in a variety of investigative and legal matters of violations of federal and state.

3. I am "an investigative or law enforcement officer of the United States" within the meaning of Section 2510 (7) of Title 18, United States Code. I am therefore an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code.

4. I make this affidavit from personal knowledge based on my participation in the investigation, information from law enforcement officers, and information gained through my training and experience.

5. Because this affidavit is submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact that I learned as a result of this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause that a violation of federal law has been committed. Unless otherwise noted, all statements of other persons described in this affidavit are set forth in substance and in part, rather than verbatim.

## STATUTORY AUTHORITY

6. Title 18 U.S.C. § 875(c) prohibits a person from knowingly transmitting in interstate or foreign commerce any communication containing a threat to injure the person of another. The threat must be a true threat, and the Supreme Court held in *Counterman v. Colorado*, 600 U.S. 66 (2023), that in a criminal prosecution for such a threat the government must prove that the defendant subjectively understood the threatening nature of his statement, but that a mental state of recklessness is constitutionally sufficient. In other words, the government must show that the defendant consciously disregarded a substantial risk that his communications would be viewed as threatening violence.

## PROBABLE CAUSE

7. On or about June 27, 2024, VICTIM 1 contacted the FBI National Threat Operation Center (NTOC) to report threatening communications made by his stepbrother, Ryan Lewis Lockwood (**LOCKWOOD**), who used phone

number XXX-XXX-2250. According to VICTIM 1, **LOCKWOOD**, using phone number XXX-XXX-2250, had left multiple threatening voicemails and text messages, to VICTIM 1, VICTIM 2, and VICTIM 3, all of whom live in Illinois and are blood relatives or relatives by affinity of **LOCKWOOD**.

8. In a voicemail left on VICTIM 3's phone from a blocked number on June 27, 2024, **LOCKWOOD** stated,

*"I'm going to rape your ugly wife, then you'll see me with a girl, I'll do it right in front of your, right in front of you, while you watch. I'm going to break into your fucking house and rape your ugly fucking wife right in front of you."*

9. VICTIM 1 was able to identify the caller's voice in the voicemail as that of **LOCKWOOD**. This voice matched that of other voicemails left by **LOCKWOOD** from his known telephone number, XXX-XXX-2250.

10. In a string of text messages dated May 8, 2024, from phone number XXX-XXX-2250 to VICTIM 1's phone, **LOCKWOOD** also made comments towards VICTIM 3. In one such text message, **LOCKWOOD** wrote,

*"I do often fantasize about killing him,"* referring to VICTIM 3.

11. Using open-source database checks and a search of Florida Department of Highway Safety and Motor Vehicles records, investigators learned that **LOCKWOOD** resides at XXXX S Himes Avenue, Apartment XXXX, Tampa, Florida (RESIDENCE), which is located in the Middle District of Florida. Investigators attempted to interview **LOCKWOOD** at the RESIDENCE on July

10, 2024, but investigators were unable to locate **LOCKWOOD**. Consequently, investigators left a business card on the front door so that **LOCKWOOD** could contact investigators.

12. On the same day, July 10, 2024, **LOCKWOOD** contacted an investigator from phone number XXX-XXX-7308, and the investigator interviewed him over the telephone. The investigator observed that the voice on the phone matched the voice on the voicemails provided by VICTIM 1. **LOCKWOOD** denied making harassing or threatening communications to his relatives, however, after **LOCKWOOD** was informed that investigators had obtained communications containing harassing and threatening statements, **LOCKWOOD** told the investigator that he would not contact his relatives moving forward. The investigator told **LOCKWOOD** that making statements to hurt or threaten anyone is against the law.

13. On August 6, 2024, **LOCKWOOD** left a voicemail on VICTIM 4's phone, using an unknown telephone number. VICTIM 4 is another relative of **LOCKWOOD** who lives in Illinois. In the voicemail, **LOCKWOOD** stated,

> "*If I ever see any of you fucking crooked nose Jews again, I'm going to turn all of you into goddamn lamp shades and rape all of your fucking kids.*"

14. While the telephone used by **LOCKWOOD** was unknown, VICTIM 4 was able to positively identify **LOCKWOOD** as the caller due to the sound of his voice.

15. On September 8, 2024, a voicemail and a text message from phone number XXX-XXX-7308 was left on VICTIM 4's phone. The voicemail was approximately eight seconds long and in it LOCKWOOD said,

"I'm going to kill [VICTIM 2]. Have a wonderful life."

16. VICTIM 4 was able to identify LOCKWOOD as the caller on the voicemail by the sound of his voice.

17. The text message left on VICTIM 4's phone was,

"Uncle JewBerg, Why did [VICTIM 3's] ugly wife call the FBI on me? Is it because I said I would rape her with a kitchen Knife?"

18. The investigator observed that the voice in both voicemails left on VICTIM 4's phone matched LOCKWOOD's voice from the telephonic interview of July 10, 2024, over the same telephone number, as well as the voicemails previously left on VICTIM 3's phone.

19. On September 9, 2024, pursuant to 18 U.S.C. §§ 2702(b) and (c), investigators submitted an emergency disclosure request to Verizon Wireless for information regarding phone number XXX-XXX-7308. Verizon Wireless's records showed that "Ryan Lockwod" was the subscriber for phone number XXX-XXX-7308. The subscriber address was an incomplete physical address. Based on my training and experience, the incomplete address and the misspelling of LOCKWOOD's last name in the subscriber information indicate an intention to avoid detection.

20. The Verizon Wireless records also showed that phone XXX-XXX-7308 was located in Tampa, Florida on September 8, 2024, when VICTIM 4 received the voicemail containing the threatening communication.

## CONCLUSION

21. Based on the foregoing information, I respectfully submit that probable cause exists to believe that **LOCKWOOD** knowingly violated 18 U.S.C. § 875(c) (transmitting in interstate commerce a threat to injure). Accordingly, I request issuance of the proposed Complaint and Arrest Warrant.

_____
Xavier Castaneda
FBI Special Agent

Affidavit submitted by reliable electronic means and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 this 11th day of September 2024.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge